UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RONALD LATTANZIO,

                                                **1:25-cv-04027**

                **Plaintiff,**

             **-against-**

NEWREZ, LLLC dba SHELLPOINT MORTGAGE
SERVICING;
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

              **Defendants.**
-------------------------------------------------------------------x

## <u>DECLARATION OF KEVIN MALLON IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE</u>

I, Kevin C. Mallon, declare that the following is true and correct to the best of my personal knowledge:

1. I am counsel for the Plaintiff Ronald Lattanzio in this matter.

2. This Declaration is provided in response to the Court's October 30, 2025 Order to Show Cause.

3. I missed the telephonic Conference scheduled for 10:30 a.m. on that morning because I had it mis-calendared for 2:30 p.m. that afternoon and was out of the office that morning attending to a personal matter.

4. The number the Court called at the time of the scheduled Conference was an answering service and I did not receive that message until counsel returned to work in the early afternoon.

5. I sincerely apologize for this mistake and for the inconvenience caused to both the Court and opposing counsel.

6. Plaintiff had participated in the drafting of the Proposed Scheduling Order which I filed as required prior to the Conference and had every intent on attending the Conference and had even discussed the Conference with counsel for Experian the prior day, but simply had

mis-calendared the time in a clerical error and did not intend to disrespect the Court or opposing counsel in any manner whatsoever.

7. Plaintiff has resolved his claims in principal with all Defendants and has filed dismissals of the action against both Experian and Trans Union, and anticipates filing dismissal against Defendants Newrez, LLC and Equifax in the next 30 days.

Dated: November 4, 2025

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
238 Merritt Drive
Oradell, N.J. 07649
(917) 734-6815
kmallon@consumerprotectionfirm.com